MRS. BERTIE STUBBS, ADMINISTRATRIX OF THE ESTATE OF ROBERT W. STUBBS, DECEASED, v. CHICAGO MILL AND LUMBER CORPORATION, WILTS NATIONAL VENEER CORPORATION, W. EBNER, AND D. C. BOYD.

(Filed 17 September, 1930.)

APPEAL by plaintiff from *Nunn, J.*, at New Bern, North Carolina, 29 July, 1930. From WASHINGTON. Affirmed.

*W. L. Whitley for plaintiff.*
*Zeb Vance Norman and MacLean & Rodman for defendants.*

PER CURIAM. The judgment of the court below is affirmed on the authority of *Wright v. Utility Co.*, 198 N. C., 204.

Affirmed.